## Commonwealth *v.* Bulls, Appellant.

Submitted September 10, 1973. *Joseph L. Bulls,* appellant, in propria persona; *Anna I. Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.